ACCEPTED
03-14-00678-CR
4430682
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/10/2015 12:15:09 AM
JEFFREY D. KYLE
CLERK

IN THE THIRD COURT OF APPEALS

FOR THE STATE OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/10/2015 12:15:09 AM
JEFFREY D. KYLE
Clerk

EX PARTE

NO.  03-14-00678-CR

LESLIE PARKER JONES

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Keith S. Hampton, and files this his *Motion for Extension of Time to File Appellant's Brief*, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

### I.

Leslie Parker Jones was found guilty of aggravated assault in Cause No.  D-D1-DC-08-303025 on January 22, 2009.  He was sentenced to ten years of community supervision.  On October 24, 2014, Appellant filed his notice of appeal from writ proceedings conducted pursuant to Article 11.072 of the Code of Criminal Procedure.

### II.

The Clerk's record was filed on October 29, 2014.  No reporter's record has ever been filed in this appeal.

**III.**

Current counsel was substituted and appeared on December 29, 2014.

**IV.**

Appellant's attorney has had a trial, various appeals and other court matters which make it impossible for him to immediately file this brief. Moreover, an investigation regarding the failure to file a reporter's record is on-going. Finally, Appellant himself has been incapacitated and unable to confer with counsel regarding the procession of his appeal.

According, counsel seeks 30 days of additional time to file his brief, making the brief due on Wednesday, April 8, 2015.

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellant's brief as thirty days from March 9, 2015, which would make the brief due on Wednesday, April 8, 2015.

Respectfully submitted,

_____
KEITH S. HAMPTON
Attorney at Law
1103 Nueces Street
Austin, Texas 78701
(512) 476-8484 (o)
(512) 762-6170 (c)
(512) 477-3580 (f)
keithshampton@gmail.com
SBN# 08873230

By affixing my signature above, I, KEITH S. HAMPTON, hereby certify that a true copy of *Motion for Extension of Time to File Appellant's Brief* has been delivered to the Travis County District Attorney's Office on this day, March 9, 2015.